FILE COPY



# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

LAWRENCE M. DOSS
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

April 13, 2020

Michael F. Payne
Attorney at Law
1211 Bluff Street
Wichita Falls, TX 76301
* DELIVERED VIA E-MAIL *

Bryce Perry
Assistant District Attorney
Wichita County Courthouse
900 7th Street, Room 352
Wichita Falls, TX 76301
* DELIVERED VIA E-MAIL *

Craig Watkins
Attorney at Law
2531 Martin Luther King, Jr. Boulevard
Dallas, TX 75215
* DELIVERED VIA E-MAIL *

**RE:**   Case Numbers:  07-20-00030-CR, 07-20-00032-CR
Trial Court Case Numbers: 74529-F, 74530-F

**Style:** Jody Randolph Wade v. The State of Texas

Dear Counsel:

The Court has this day entered the attached Order in the captioned causes.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Greg J. King (DELIVERED VIA E-MAIL)
Lori Bohannon (DELIVERED VIA E-MAIL)
Vanessa Barrett (DELIVERED VIA E-MAIL)